UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
TEXAS, DEL RIO DIVISION

| | | |
|---|---|---|
| JENNIFER GUADARRAMA, Individually and as Independent Executor of the Estate of Keegan Killin, | § § § § | CIVIL CASE NO. 2:22-cv-00032 |
| PLAINTIFF, | § § | |
| v. | § § | |
| THE GEO GROUP, INC., VAL VERDE COUNTY, WARDEN CHRISTOPHER MARTINEZ, ANTONIO CADENA, JR. M.D., JETHER FARINO, M.D., JESSICA BEACHKOFSKY, M.D., and MAGDALENE GARZA, M.D. | § § § § § § § | |
| DEFENDANTS. | § | |

**JOINT REPORT OF FRCP 26(f) CONFERENCE**

**TO THE HONORABLE ALIA MOSES:**

Plaintiff, Jennifer Guadarrama, individually and as independent executor of the estate of Keegan Killin, ("Plaintiff") and Defendants, The Geo Group, Inc., Val Verde County, Warden Christopher Martinez, Antonio Cadena, Jr. M.D., Jether Farino, M.D., Jessica Beachkofsky, M.D., and Magdalene Garza, M.D, (collectively "Defendants") submit this Joint Report of the Parties' Rule 26(f) Conference, as follows:

On January 18, 2024, counsel for Plaintiff and all Defendants conferred pursuant to Fed. R. Civ. P. 16 and 26 to conduct a Rule 26(f) scheduling conference and prepared a Joint Proposed Scheduling Order for the Court's consideration (attached hereto). The parties also discussed the following additional matters described in Rule 26(f)(2)-(3):

(a) The parties agreed initial disclosures shall be exchanged on or before February 15, 2024;

(b) The parties have set October 18, 2023, as the discovery deadline in the proposed scheduling;

(c) The parties will follow the discovery procedures and limitations set forth by the Federal Rules of Civil Procedure and Local Rules;

(d) In the event that discovery of electronically stored information is required in this matter, the parties stipulate that they will in good faith confer and agree on the scope of electronic discovery and the format of document production;

(e) The parties agree that the procedures under Rule 26(b)(5) shall apply to claims of privilege and protection of trial-preparation materials and that an order under FED. R. EVID. 502 would be appropriate and helpful in this case; and

(f) The parties have yet to discuss and explore settlement.  Defendants believe settlement discussions are premature before the Court rules on the pending Motions to Dismiss and it.  The parties agree it may be appropriate to engage in ADR after written discovery is exchanged.

Therefore, both Plaintiff and Defendants submit the foregoing report and the attached Joint Proposed Scheduling Order, for the Court's consideration.

Respectfully Submitted,

**WISNER BAUM, LLP**

/s/ Monique Alarcon
Stephanie Sherman, Texas State Bar No. 24006906
ssherman@wisnerbaum.com
Monique Alarcon (*PHV Admitted*)
California State Bar No. 311650
malarcon@wisnerbaum.com
11111 Santa Monica Boulevard, Suite 1750
Los Angeles, CA 90025
Telephone: (972) 632-7430
Facsimile: (310) 820-7444

Lead Attorneys for Plaintiff

Shawn Brown
Texas State Bar No. 24003613
shawn@shawnbrownlaw.com
**LAW OFFICE OF SHAWN C. BROWN**
540 S. St. Mary's Street
San Antonio, TX 78205
Telephone: (210) 224-8200
Facsimile: (210) 224-8214

Co-Counsel for Plaintiff

*/s/ Shawn Fitzpatrick*
Shawn Fitzpatrick
TX Bar No. 00787474
FITZPATRICK & KOSANOVICH, P.C.
P.O. Box 831121
San Antonio, Texas 78283-1121
(210) 408-6793
skf@fitzkoslaw.com
Attorney for Defendants GEO and Martinez

DENTON NAVARRO RODRIGUEZ BERNAL
SANTEE & ZECH, PC
A Professional Corporation
2500 W. William Cannon Drive, Suite 609
Austin, Texas 78745
(512) 279-6431
(512) 279-6438 (Facsimile)
smtschirhart@rampagelaw.com

By: /*s/Scott M. Tschirhart*
SCOTT M. TSCHIRHART
State Bar No. 24013655

*Attorneys For Defendant Val Verde County*

By: */s/ R. Blake Zuber*
R. Blake Zuber
**Wagner Cario Veale & Zuber, LLP**
7705 Broadway
San Antonio, TX 78209
(210) 979-7555
Fax: (210) 979-9141

BZuber@wagnercario.com
Attorneys for Defendant
Antonio Cadena, Jr. M.D.

By: /s/ *T. Marc Calvert*
T. Marc Calvert
Kayla Leever
**Calvert, Leever & Ostler**
15201 Mason Road
Suite 350
Cypress, TX 77433
(713) 290-0272
Fax: (713) 290-0277
calvertfirm@calvertfirm.com
marc.calvert@calvertfirm.com
kayla@calvertfirm.com
Attorneys for Defendants,
Jether Farino, M.D.,
Jessica Beachkofsky, M.D.,
and Magdalene Garza, M.D.

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF
# TEXAS, DEL RIO DIVISION

| | | |
|---|---|---|
| JENNIFER GUADARRAMA, Individually and as Independent Executor of the Estate of Keegan Killin, | § § § § | CIVIL CASE NO. 2:22-cv-00032 |
| PLAINTIFF, | § § | |
| v. | § § | |
| THE GEO GROUP, INC., VAL VERDE COUNTY, WARDEN CHRISTOPHER MARTINEZ, ANTONIO CADENA, JR. M.D., JETHER FARINO, M.D., JESSICA BEACHKOFSKY, M.D., and MAGDALENE GARZA, M.D. | § § § § § § § § | |
| DEFENDANTS. | § | |

## [JOINT PROPOSED] SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

1. The parties shall complete ADR in compliance with Local Rule CV-88 shall be by **June 7, 2024**. A motion objecting to ADR must be filed not later than 60 days before that deadline.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **March 15, 2024** and each opposing party shall respond, in writing, by **March 29, 2024**.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **May 3, 2024**.

4. All parties asserting claims for relief shall file their designation of testifying

experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by **July 19, 2024**. Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by **August 19, 2024**. All designations of rebuttal experts shall be filed within 14 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 21 days of receipt of the written report of the expert's proposed testimony or the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before **October 18, 2024**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **November 1, 2024**. The hearing, if any, on dispositive motions will be set by the Court after all responses and replies have been filed.

8. The case is set for trial and jury selection on **January 13, 2025**. The parties should consult Rule CV-16 regarding matters to be filed in advance of trial.

9. All of the parties who have appeared in the action conferred concerning the contents of the proposed scheduling order on January 17, 2024 and the parties have agreed as to its contents.

## CERTIFICATE OF SERVICE

I, Monique Alarcon, hereby certify that on this date, February 9, 2024, the foregoing was sent via the Court's filing system to the electronic addressee(s) below:

Shawn K. Fitzpatrick
**Fitzpatrick & Kosanovich, P.C.**
P.O. Box 831121
San Antonio, TX 78283-1121
(210) 408-6793
Email: skf@fitzkoslaw.com
Lead Attorney to Be Noticed for Defendants, The GEO Group, Inc. and Warden Christopher Martinez

Scott. M. Tschirhart
**Denton Navarro Rocha Bernal & Zech, P.C.**
2500 W. William Cannon Drive, Suite 609
Austin, TX 78745
(512) 279-6431
Email: smtschirhart@rampagelaw.com
Lead Attorney to Be Noticed for Defendant, Val Verde County

R. Blake Zuber
**Wagner Cario Veale & Zuber, LLP**
7705 Broadway
San Antonio, TX 78209
(210) 979-7555
Fax: (210) 979-9141
Email: BZuber@wagnercario.com
Lead Attorney to Be Noticed for Defendant, Antonio Cadena, Jr. M.D.

T. Marc Calvert
Kayla Leever
**Calvert, Leever & Ostler**
15201 Mason Road
Suite 350
Cypress, TX 77433
(713) 290-0272
Email: calvertfirm@calvertfirm.com, marc.calvert@calvertfirm.com and kayla@calvertfirm.com
Lead Attorney to Be Noticed for Defendants, Jether Farino, M.D., Jessica Beachkofsky, M.D., and Magdalene Garza, M.D.

                                            */s/ Monique Alarcon*
                                            Monique Alarcon