AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas

**FILED**
March 31, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____**AM**_____
DEPUTY

JENNIFER GUADARRAMA,
Plaintiff

## JUDGMENT IN A CIVIL CASE

V.

THE GEO GROUP, INC., VAL VERDE
COUNTY, WARDEN CHRISTOPHER
MARTINEZ, ANTONIO CADENA, JR.
M.D., JETHER FARINO, M.D.,
JESSICA BEACHKOFSKY, M.D., AND

CASE NUMBER:    DR-22-CV-0032-AM/JAC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

For the foregoing reasons, it is hereby ORDERED that the motions to dismiss [ECF Nos. 54, 57, 61, 63, 64] are GRANTED. All federal claims are DISMISSED WITH PREJUDICE, and the Plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE. Because no claims remain, any additional pending motions [ECF Nos. 37, 38, 39, 40] are DENIED AS MOOT.

March 31, 2026
Date

Philip J. Devlin
Clerk

(By) Deputy Clerk